IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV281

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., )<br>          Plaintiff, )<br>v. )<br> )<br>BELL ENTERPRISES, LLC, )<br>JOHN DARYL BELL and )<br>LISHA F. BELL, )<br>          Defendants. )<br> ) | **ORDER GRANTING**<br>**PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendants Bell Enterprises, LLC, John Daryl Bell, and Lisha F. Bell, to allow **Douglas R. Beier** to appear *Pro Hac Vice*, filed September 6, 2006 [doc. # 24].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Beier has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 8, 2006

Graham C. Mullen
United States District Judge