IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV281

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., )<br>                Plaintiff, )<br>                              )<br>         vs.                    )<br>                              )<br>BELL ENTERPRISES, LLC, )<br>JOHN DARYL BELL and LISHA )<br>F. BELL, )<br>                Defendants. )<br>                              ) | **ORDER** |

      THIS MATTER is before the Court upon Defendants' Request for Leave to File an Answer. The court is informed that Plaintiff has no objection. Accordingly,

      IT IS THEREFORE ORDERED that Defendants have five days from the date of entry of this Order to file their Answer.

      Signed: October 16, 2006

Graham C. Mullen
United States District Judge