IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV281

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) ) Plaintiff, ) ) vs. ) ) BELL ENTERPRISES, LLC, JOHN DARYL ) BELL and LISHA F. BELL, ) ) Defendants. ) ) | ORDER |

This matter is before the court upon cross-motions for preliminary injunction filed by the Plaintiff and the Defendants. A hearing was held on these motions on October 19, 2006. For the reasons stated in open court,

IT IS THEREFORE ORDERED that each Motion for Preliminary Injunction is granted in part and denied in part, as stated by the court at the hearing; and

IT IS FURTHER ORDERED that the parties are hereby directed to proceed to arbitration.

Signed: October 20, 2006

Graham C. Mullen
United States District Judge