IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BELL ENTERPRISES, LLC, ) <br> JOHN DARYL BELL AND ) <br> LISHA F. BELL, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:06-CV-281-MU <br> <br> <br> **ORDER AND JUDGMENT** |

**THIS CAUSE COMING TO BE HEARD AND BEING HEARD** before the undersigned United States District Court Judge upon the Application of Meineke Car Care Centers, Inc. for an Order confirming the Arbitration Award entered against Defendants on September 24, 2007 and for Judgment thereon.

**IT APPEARING TO THE COURT** that it has jurisdiction over Meineke's Application;

**IT FURTHER APPEARING TO THE COURT** that, pursuant to 9 U.S.C. § 9-11, there is no valid ground for vacating, modifying or correcting the September 24, 2007 Arbitration Award entered against Defendants; and

**IT FURTHER APPEARING TO THE COURT** that Defendants have failed to timely move for the Arbitration Award to be vacated, modified or corrected;

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the September 24, 2007 Arbitration Award against Defendants is confirmed. A copy of the September 24, 2007 Arbitration Award is attached to this Order and Judgment and is incorporated fully by reference. Defendants are ordered to immediately comply with all of the terms of this Order.

Signed: January 15, 2008

Graham C. Mullen
United States District Judge