IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-00281

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BELL ENTERPRISES, LLC, JOHN DARYL ) | |
| BELL, LISHA F. BELL    . ) | |
| Defendants. ) | |
| _____ ) | |

THIS MATTER is before the Court upon oral motion of the Defendants for a continuance of the show cause hearing scheduled for June 16, 2008.

Defendants explain to the Court that notice of the hearing was sent to a lawyer who no longer represented them, then forwarded to a place of business they no longer own. Therefore, they contend they did not get notice of the Court's order and thus are not in contempt.

The Court finds good cause shown, the hearing is rescheduled for date probably in July.

In the meantime, Defendants are urged to contact Meineke and establish their position that they are not in violation of the Court's order.

IT IS SO ORDERED.

Signed: June 12, 2008

Graham C. Mullen
United States District Judge