IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV281

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BELL ENTERPRISES, LLC, JOHN DARYL ) | |
| BELL and LISHA F. BELL, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon the Plaintiff's Motion for Contempt. A hearing was held on August 27, 2008. Pursuant to discussions at the hearing, the court hereby orders the Bells to obtain the password to allow the Plaintiff to access the website for Rhino Supercenter in order to remove the name Meineke therefrom. The Plaintiff is authorized to remove the name Meineke only and is directed to make no other changes to the website. The parties are directed to report back to the court by letter in two weeks.

IT IS SO ORDERED.

Signed: August 27, 2008

Graham C. Mullen
United States District Judge