IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV281-MU

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BELL ENTERPRISES, LLC, JOHN DARYL BELL and ) <br> LISHA F. BELL, ) <br> ) <br> Defendants. ) <br> _____) | ORDER |

This matter is before the court upon Meineke's report to the court that Defendants have complied with the court's Order to remove the name Meineke from their website. Pursuant to this report, the court hereby finds that the commencement date for the one year non-compete covenant begins August 28, 2008. The court hereby directs Meineke to file an affidavit with the court as to its fees and expenses in filing the Motion for Contempt.

IT IS SO ORDERED.

Signed: September 2, 2008

Graham C. Mullen
United States District Judge