IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV281-MU

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BELL ENTERPRISES, LLC, JOHN DARYL BELL and ) <br> LISHA F. BELL, ) <br> ) <br> Defendants. ) <br> _____) | ORDER |

This matter is before the court upon the Affidavit of Amy K. Reynolds stating the fees and expenses incurred by Meineke in filing the Motion for Contempt. The court directed Meineke to file such affidavit in its Order of September 2, 2009. The court has reviewed the affidavit and exhibits and hereby grants Meineke attorney's fees and costs in the amount of $5,668.96

IT IS SO ORDERED.

Signed: March 11, 2009

Graham C. Mullen
United States District Judge